## CHOBOT *v.* WISCONSIN.

No. 146. Decided October 23, 1961.

*Max Raskin* for appellant.

*John W. Reynolds,* Attorney General of Wisconsin, *William Platz,* Assistant Attorney General, and *William J. McCauley* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted.

## KATZ ET AL. *v.* SINGERMAN ET AL.

No. 298. Decided October 23, 1961.

*G. Wray Gill* and *Gerard H. Schreiber* for appellants. *Robert Weinstein* and *Herman L. Midlo* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.